1434

**2015–0045.   Schwartz v. Fleisher.**
Hamilton App. No. C-140526. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.